**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7967**

———————————

MARK CORRIGAN,

             Plaintiff - Appellant,

      v.

DANNY TUCKER, Case Manager FCC Petersburg Camp, Virginia;
PATRICIA R. STANSBERRY, Warden FCI Petersburg, Virginia,

             Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:11-cv-00178-RAJ-TEM)

———————————

Submitted:  March 28, 2013          Decided:  April 26, 2013

———————————

Before DAVIS, KEENAN, and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Mark Corrigan, Appellant Pro Se.   Kent Pendleton Porter,
Assistant United States Attorney, Daniel Patrick Shean, OFFICE
OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Corrigan appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Corrigan v. Tucker</u>, No. 2:11-cv-00178-RAJ-TEM (E.D. Va. Sept. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>